IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE HOLBROOK,<br><br>  Plaintiff(s),<br>v.<br><br>INTERCONEX, INC.,<br><br>  Defendant(s). | CASE NO. 5:13-cv-00645-EJD<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE**<br><br>[Docket Item No(s). 8] |

Having reviewed and considered the parties' stipulation and good cause appearing therefor as stated in both the stipulation and Defendant's Motion to Transfer Venue (see Docket Item No. 8), the Stipulation to Transfer Venue of this Action is GRANTED.

The clerk shall transfer this action to the United States District Court for the Southern District of California and thereafter close this file. All hearings and deadlines scheduled before this court are VACATED.

**IT IS SO ORDERED.**

Dated: March 19, 2013

EDWARD J. DAVILA
United States District Judge